## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Sotirios Pappas, | ) |
| | ) NO. 23-08488 |
| Debtors. | ) |
| | ) Chapter 7 |
| | ) |
| | ) Honorable Judge David D. Cleary |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on November 29, 2023, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, or electronically as described below, and present the motion of **SECOND MOTION OF KONSTANTINOS PNEVMATIKOS TO EXTEND TIME TO FILE COMPLAINT UNDER 11 USC 523/727,** a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode. To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode. Meeting ID and passcode. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Paul M. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, Illinois 60062
(847) 564 0808

## **CERTIFICATE OF SERVICE**

       I, Paul M. Bach, an attorney, certify that I caused to be served true and correct copies of the foregoing notice and motion to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the address listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in a United States Mail Box in Northbrook, Illinois at or before 5:00 p.m. on November 21, 2023.

                                                   __/s/ Paul M. Bach

## SERVICE LIST

| | |
|---|---|
| **Sotirios Pappas**<br>911 Wedel Lane<br>Glenview, IL 60025 | BY US FIRST CLASS MAIL |
| **Alex J Whitt**<br>Hiltz Zanzig & Heiligman LLC<br>53 W. Jackson Blvd.<br>Suite 1301<br>Chicago, IL 60604 | BY ECF ELECTRONIC DELIVERY |
| **Michael K Desmond**<br>Michael K. Desmond, Trustee<br>311 S. Wacker Dr.<br>Suite 3000<br>Chicago, IL 60606 | BY ECF ELECTRONIC DELIVERY |
| **Patrick S. Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, Illinois 60604 | BY ECF ELECTRONIC DELIVERY |
| **Michael P Kelleher**<br>Codilis and Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527 | BY ECF ELECTRONIC DELIVERY |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Sotirios Pappas, | ) |
| | ) NO. 23-08488 |
| Debtors. | ) |
| | ) Chapter 7 |
| | ) |
| | ) Honorable Judge David D. Cleary |

**SECOND MOTION OF KONSTANTINOS PNEVMATIKOS TO EXTEND TIME TO FILE COMPLAINT UNDER 11 USC 523/727**

NOW COMES, Konstantinos Pnevmatikos (hereinafter called "KP") by and through his attorneys Paul M. Bach and Penelope N. Bach of Bach Law Offices, Inc. and pursuant to Federal Rule of Bankruptcy Procedure 4004(b) and 4007(c) and hereby requests an order of this court for additional time to file a Complaint under 11 USC 523/727 as to the Debtor and states as follows:

1. The debtor filed a voluntary petition seeking relief under Chapter 7 of the Bankruptcy Code on June 28, 2023.

2. This Court has jurisdiction of the motion pursuant to 28 U.S.C. § 157(b)(2)(A) and § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are 11 U.S.C. § 523(c)(l) and Rules 4004(b) and 4007(c) of the Federal Rules of Bankruptcy Procedure.

3. Movant is listed on Schedule F as a creditor but in actuality is a secured creditor.

4. This court on September 20, 2023 granted the Motion of Movant to Extend the Time to File an Objection to Discharge or Dischargeability through and including November 30, 2023.

5. On October 4, 2023, this court granted the Motion of Movant for Authority to issue Rule 2004 Subpoenas. Subpoenas have been issued pursuant to that authority to otirios Pappas, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, State of Illinois Illinois Department of Financial and Professional Regulation, CMG Mortgage, Inc. d/b/a CMG Mortgage, Capital One, N.A., Citibank N.A., Citicorp USA, Inc., Credit One Bank, N.A., Regional Finance Company of Illinois, LLC, Synchrony Bank, N.A. and CarMax Auto Superstores, Inc.

6. About half of the subpoena responses have been received.

7. The Debtor has not responded to the Rule 2004 Subpoena. This lack of a response is likely due to the fact that the Debtor has been in custody as a result of an Extradition from the Hellenic Republic (Greece). *See District Court for the Northern District of Illinois Case 23 CR 00515*.

8. KP will be filing an Objection to Discharge and/or a Complaint to Determine Dischargeability and/or a Motion to Dismiss but needs additional information requested.

9. That the deadline to determine Complaints Objecting to the Debtor's Discharge under 11 USC 727 and Complaints to Determine Dischargeability under 11 USC 523 is set for November 30, 2023.

10. That the undersigned attorney needs additional time to receive and review the responses to the subpoenas. Movant requests and extension including January 31, 2024.

11. KP is requesting an extension of the deadline to file Complaints under 11 USC 523/727 through and including January 31, 2024.

WHEREFORE, Creditor Konstantinos Pnevmatikos prays that an order be entered as follows:

A. For the Creditor Konstantinos Pnevmatikos to have through and including January 31, 2024 to file Complaints under 11 USC 523/727;

B. For such other and further relief as this Court deems just and proper.

Respectfully submitted,
Konstantinos Pnevmatikos
By: /s/ Paul M. Bach
One of their attorneys

Paul M. Bach/Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564 0808